**Fill in this information to identify your case:**

Debtor 1: Batsaikhan Ulambayar
Debtor 2 (Spouse if filing): Sugarmaa Dorjdagva

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-06527

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Batsaikhan Ulambayar_
Signature of Debtor 1
Date: 05/15/2025

X _/s/ Sugarmaa Dorjdagva_
Signature of Debtor 2
Date: 05/15/2025

Official Form 106Dec     Declaration About an Individual Debtor's Schedules